IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMANTHA HENSLEY, Individually
and as NEXT FRIEND of CHRISTIAN
HENSLEY, a minor                                                                   PLAINTIFFS

VS.                                          CASE NO. 06-CV-4036

JOHN A. CASTRO, acting by and through the
Estate of John A. Castro, THOMAS A. HALE,
BRADLEY KIRBERGER, AND DIGITAL
BIZ, INC.                                                                          DEFENDANTS

## ORDER

Before the Court is Defendant Kimberly Castro, Special Administrator of the Estate of John A. Castro's Special Appearance and Motion to Dismiss. (Doc. 7). Kimberly Castro appears specially and seeks dismissal based on Plaintiffs failure to properly join her as a real party in interest pursuant to Fed. R. Civ. P. 17. However, at the time Plaintiffs filed their original complaint, an administrator of the Estate of John A. Castro had not yet been appointed. The Court today granted Plaintiffs' request to amend their complaint to reflect Kimberly Castro's appointment as Special Administrator. As a result, Kimberly Castro's Motion to Dismiss should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 20th day of September, 2006.

                                                /s/Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                United States District Judge